Matthew Allen Sargeant Sr.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED ORL INTAKE- USBC
28 JUL 2026 PM12:04

| | |
|---|---|
| **MATTHEW ALLEN SARGEANT SR.,**<br>Plaintiff,<br>v.<br><br>**SANTANDER CONSUMER USA INC.,**<br>and<br>**MAC HAIK AUTOMOTIVE GROUP,**<br>Defendants.<br>_______________________________/ | **ADV. NO.:** 6:26-ap-00116-TPG<br>**MAIN CASE:** 6:26-bk-<br>_______________-TPG<br>**CHAPTER:** 13 |

**PLAINTIFF'S FIRST AMENDED ADVERSARY COMPLAINT**

COMES NOW the Plaintiff, Matthew Allen Sargeant Sr., *pro se*, and files this First Amended Adversary Complaint against Defendants, Santander Consumer USA Inc. ("Santander") and Mac Haik Automotive Group ("Mac Haik"), and respectfully represents as follows:

## I. NATURE OF ACTION

1. Plaintiff brings this Adversary Proceeding within his Chapter 13 bankruptcy reorganization to seek judicial cancellation and rescission of an illegal retail installment sales contract, statutory and actual monetary damages, and declaratory disallowance of Santander's proof of claim pursuant to 11 U.S.C. § 502.

2. Plaintiff asserts claims under the Federal Trade Commission Preservation of Consumers' Claims and Defenses Rule ("FTC Holder Rule"), 16 C.F.R. § 433.2, the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 et seq., the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. § 501.201 et seq., and common law fraud.

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (C), (K), and (O).

4. Venue is proper in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division, pursuant to 28 U.S.C. §§ 1408 and 1409.

## TABLE OF AUTHORITIES

### Cases

| Authority | Paragraphs |
|---|---|
| *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) | Passim |
| *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) | Passim |
| *Ellis v. General Motors Acceptance Corp.*, 160 F.3d 703 (11th Cir. 1998) | Paras 20, 27 |
| *FDIC v. Williams*, 779 F.2d 1038 (5th Cir. 1986) | Para 21 |
| *In re Castro*, 321 B.R. 86 (Bankr. S.D. Fla. 2005) | Para 4 |
| *In re Warneck*, 336 B.R. 582 (Bankr. M.D. Fla. 2005) | Para 4 |
| *Pfleuger v. Auto Brokers*, 2009 WL 2588478 (S.D. Fla. 2009) | Para 29 |

### Statutes & Rules

| Authority | Paragraphs |
|---|---|
| 11 U.S.C. §§ 105, 502, 541, 1322 | Passim |
| 15 U.S.C. § 1601 et seq. (Truth in Lending Act - TILA) | Count II |
| 16 C.F.R. § 433.2 (FTC Holder Rule) | Count I |
| Fla. Stat. § 501.201 et seq. (FDUTPA) | Count III |
| Fed. R. Civ. P. 9(b) / Fed. R. Bankr. P. 7009 | Section IV |

## III. PARTIES

5. Plaintiff Matthew Allen Sargeant Sr. is an individual residing at 4101 Fairview Vista Point #327, Orlando, Florida 32804, and is the Debtor in Main Bankruptcy Case No. 6:26-bk-______-TPG.

6. Defendant Santander Consumer USA Inc. is a foreign financial corporation doing business in the State of Florida, holding a purported secured claim against the bankruptcy estate.

7. Defendant Mac Haik Automotive Group is an automotive dealership corporation doing business in the State of Texas and the State of Florida, originating the retail financing transaction at issue.

## IV. STATEMENT OF FACTS & RULE 9(B) PARTICULARITY

8. **The Transaction (Who, What, Where, When):** On or about the date of vehicle purchase, at Defendant Mac Haik's retail facility, Plaintiff executed a Motor Vehicle Retail Installment Sales Contract ("RISC") for the purchase and financing of the subject motor vehicle. Defendant Mac Haik subsequently assigned the contract to Defendant Santander.

9. **The Numbers & Fraudulent Inflations:** During transaction origination, Defendants fraudulently inflated the total financing charges, padded backend product costs, and concealed financing markup margins, resulting in an unconscionable debt obligation with an inflated total payment burden exceeding legitimate statutory disclosures by thousands of dollars.

### A. Text Communications, Lulling Conduct, and Promises to Unwind the Deal

10. Following the discovery of financial discrepancies and origination defects, Plaintiff engaged in direct communications via text messages, electronic correspondence, and phone calls with authorized representatives of Defendant Mac Haik Automotive Group and Defendant Santander Consumer USA Inc.

11. During these specific communications (attached to Plaintiff's pleadings as Exhibit A), Defendants' representatives explicitly acknowledged the contractual defects and falsely assured Plaintiff that they were actively working to "unwind the deal," process a voluntary buyback, or restructure the vehicle financing transaction.

12. These affirmative assurances were deceptive tactics designed to **lulled Plaintiff into a false sense of security**, delaying Plaintiff from seeking immediate judicial remedies or formal legal action.

13. While continuously stringing Plaintiff along with promises of an imminent contract rescission or deal unwinding, Defendants simultaneously proceeded with adverse account reporting and debt collection enforcement, engaging in bad-faith trickery and active deception.

### B. Addressing Santander's Answer & Settlement Baseline Distinction

14. Defendant Santander filed an Answer denying liability and asserting that Plaintiff cannot state a private cause of action under the 2020 34-State Attorney General Multi-State Settlement Agreement ($550 Million Settlement framework).

15. Plaintiff explicitly clarifies and establishes that Plaintiff does *not* assert a direct private right of action under the 2020 Multi-State Settlement Order itself. Rather, the Multi-State Settlement established an industry baseline and binding internal compliance standard regarding Santander's mandatory duty to evaluate borrower Debt-to-Income (DTI) and Payment-to-Income (PTI) ratios and evaluate loan modifications upon default.

16. Defendant Santander breached its independent common law duties and Florida statutory duties by willfully ignoring these baseline compliance criteria when dealing directly with Plaintiff.

**C. Specific Deceptive Misrepresentations Regarding "Company Policy"**

17. On three (3) distinct occasions during post-origination account servicing, Plaintiff contacted Defendant Santander's customer service representatives requesting loan modification or refinancing relief due to financial hardship.

18. On all three (3) occasions, Defendant Santander's authorized representatives falsely stated to Plaintiff that it was strict "Company Policy" that Santander *never* provides loan modifications, interest rate reductions, or refinancing options under any circumstances.

19. These statements were intentionally false, fraudulent, and deceptive. Santander's written operational guidelines and the baseline settlement terms explicitly permit and require consideration of hardship loan modifications and re-amortization.

**D. Equitable Tolling & Fraudulent Concealment (Overcoming One-Year TILA Time-Bar)**

20. Defendant Santander contends that Plaintiff's statutory TILA claims are barred by the one-year statute of limitations set forth in 15 U.S.C. § 1640(e).

21. Under binding Eleventh Circuit precedent, TILA's statutory time limit is subject to **equitable tolling** in cases involving fraudulent concealment and lulling behavior. *See Ellis v. General Motors Acceptance Corp.*, 160 F.3d 703, 706 (11th Cir. 1998) ("TILA is subject to equitable tolling.").

22. Defendants actively concealed the true terms of the financing structure, lulled Plaintiff with false promises of unwinding the deal, and lied regarding loan modification policies on three separate occasions, actively preventing Plaintiff from discovering the underlying fraud or filing suit sooner.

23. Because Defendants engaged in active fraudulent concealment and lulling conduct, the one-year statutory limitation period was equitably tolled until Plaintiff discovered the operative facts. Consequently, Plaintiff's TILA and consumer fraud claims are timely and fully actionable.

## V. CAUSES OF ACTION

### COUNT I: VIOLATION OF FTC HOLDER RULE (16 C.F.R. § 433.2)

**(Against Defendant Santander)**

24. Plaintiff re-alleges and incorporates paragraphs 1 through 23 as if fully set forth herein.

25. The RISC contains the mandatory FTC Holder Rule Notice: *"ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO..."*

26. As assignee, Defendant Santander stepped into the shoes of Defendant Mac Haik and is subject to all claims, setoffs, and defenses Plaintiff holds against Mac Haik for origination fraud, lulling misrepresentations, and deceptive sales practices.

**COUNT II: TRUTH IN LENDING ACT (15 U.S.C. § 1601 ET SEQ.)**

**(Against Both Defendants)**

27. Plaintiff re-alleges and incorporates paragraphs 1 through 23 as if fully set forth herein.

28. Defendants failed to accurately deliver clear and conspicuous statutory disclosures regarding the Finance Charge, Annual Percentage Rate (APR), and Amount Financed.

29. Pursuant to *Ellis v. GMAC*, 160 F.3d at 708, the statutory limitation period was equitably tolled due to Defendants' affirmative misrepresentations, lulling assurances, and active fraudulent concealment. *See Attached exibits | [illegible]

**COUNT III: FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT (FDUTPA)**

**(Fla. Stat. § 501.201 et seq.)**

30. Plaintiff re-alleges and incorporates paragraphs 1 through 23 as if fully set forth herein.

31. Defendants engaged in unfair, deceptive, and unconscionable trade practices by fraudulently inflating contract numbers, lulling Plaintiff with false promises to unwind the deal, and thrice falsely misrepresenting company policy regarding loan modification availability.

**VI. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Matthew Allen Sargeant Sr. respectfully requests that this Honorable Court enter judgment in his favor and against Defendants:

1. Declaring the subject retail installment sales contract rescinded, void, and unenforceable;
2. Disallowing Defendant Santander's Proof of Claim in Main Bankruptcy Case No. 6:26-bk-______-TPG pursuant to 11 U.S.C. § 502;
3. Awarding Plaintiff statutory damages under TILA and FDUTPA;
4. Awarding actual monetary damages for funds paid under false pretenses; and

5. Granting such other and further relief as this Court deems just, equitable, and proper.

Dated this 28th day of July, 2026.

**Matthew Allen Sargeant Sr.**, *Plaintiff Pro Se*
Address: 4101 Fairview Vista Point #327
Orlando, Florida 32804
Phone: (512) 413-7955
Email: Mortal4life@icloud.com

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's First Amended Adversary Complaint has been furnished via U.S. First Class Mail on this 28th day of July, 2026, to:

- **Mac Haik Automotive Group**, Attn: Legal Dept / Managing Agent, 10333 Katy Freeway, Houston, TX 77024
- **Santander Consumer USA Inc.**, c/o Womble Bond Dickinson (US) LLP, Attn: Counsel of Record, 301 S. College St., Suite 3500, Charlotte, NC 28202

**Matthew Allen Sargeant Sr.**, *Plaintiff Pro Se*

Matthew Allen Sargeant Sr.

# EXHIBIT A

**TEXT MESSAGE LOGS & ELECTRONIC COMMUNICATIONS**

(Attach physical printouts/screenshots of your timestamped text conversation with dealership personnel directly behind this divider page.)

I, Matthew Allen Sargeant, Plaintiff, do hereby swear under oath & penalty of perjury that the images behind this document "Exibit A" are direct copy's of the original thread kept preserved in the entirety of its content on my iPhone and completely unmodified, original & will verify via any method from any & all required & desired

Matt Sargeant SR
PRO SE

Sep 19, 2023 at 8:37 PM

Are you gone from the office?

Seeing if network issues were fixed

Sep 19, 2023 at 10:28 PM

Jeep

**Apply for Auto Financing in Georgetown | Mac Haik Dodge Chry...**

machaikonline.com

iMessage

ORIGINAL & UNALTERED IN MY elec. Device.
Matt [signature]

1 of 7

Library

Syncing 1 Item...

Select

to suffer the loss if anything happens to undo the deal

Should I call

Sep 26, 2023 at 5:25 PM

Hi Matt, what time are you available to stop by?
Thanks

I've not known about that may have been attributed to me. However let the record show that im only one person and I learn as I go through it.
I appreciate your help with this as allways

Of course sir!
We just want all parties happy!
Thanks again,
Austin

nothing he can do unfortunately.
Let me know please?
Thanks

Oct 25, 2023 at 8:33 PM

Hey austin im just now seeing this and I am making first payment first thing in the morning. I was under the impression that it would be under the new contract that I would make the payment because it seems that any

payment was due on the 21 st and if that goes delinquent then he can't help from there.
If you got a warranty from the finance manager I will ask if the warranty can be canceled or if the bank was asking or requiring it.
The down payment is always to the price of the car before financing-hope that helps answer some questions but we can regroup Friday!

and if there is any additional cost to the unwinding of the prior deal that I should know? If

Hello, I am not at the office unfortunately, but as soon as we have the new deal I will definitely let you know!
My understanding is that the old deal is getting completely canceled, and you'll have the car for 3 months and only had to

she has 100more points on hers than Tina and mine has gone up by some 40 points in the

I think we have everything!
Thanks

Mom called me and said she had sent the requested information but that some thing was not sufficient. I'd that resolved or pending updates?
Please let me know. She

ok or do I need to come drop off the car or ????

Oct 2, 2023 at 6:06 PM

Hey Austin just wondering if you could tell me if anything that Mike or mark said he would do to unwind the deal to replace my co-signer is taken my place.
It's been long enough that I've had the car that he could have done it and been done with it.

amount would be much different.
Does it mean that I will have essentially put almost 2500$ down on the car after that payment ?
You said previously that I wasn't being charged interest and that was a good thing (in your words).
Also....... I don't want the service contract that was added on in the deal that I was not aware of paying

Oct 27, 2023 at 7:59 PM

Hey austin FYI, I made the payment yesterday

Oct 30, 2023 at 1:14 PM

Hi Matt, Michael is working on your deal.

We need the exact miles currently on the Challenger please?
Thanks

somewhere then the locks may just need to get removed.

Yah I can't find it anywhere on the car. I'm going to try to get it online I guess.
So where are we at on this transmogrification of the deal ? Tina spoke to mark yesterday and I only got that he said to pay my payment on time.
Soooooooooo the reality

chasing after nothing.
Because I am not going to waste my energy in the pursuit of somthing that

I got the dec page with her insurance from her insurance agent! That was her idea!
All good to go!

She helped with that!
Thanks

I'm getting more static from two women in my world than a man could be expected to endure and still be sane
But I'm not a weak man and if you can shed light on it for me please do.

Oct 23, 2023 at 11:43 AM

Hi Matt, the bank called and said that you need to make your 1st payment before they will let us unwind the loan.
The 1st payment was due on the 21st of this month.
Please make your first payment asap so we can get Tina off the loan.
Thanks,
Austin

the credit rate now im looking at 15 percent at the MOST And closer to 12 now. This make a HUGE difference in my understanding of what the deal will look like and how much I will pay now.
Please lemme know what your boss says about this because I'm really looking forward to the new deal

Yes sir, I will ask Mike on Friday when I get back to

Yes sir,
Thanks

93925

Thank you

Yes sir

Oct 30, 2023 at 8:31 PM

Hey there austin , do you think you could maybe

that I made would go towards the interest of the current loan.
2) when the loan is made under the new Apr then the rate of interest is going to be different and this changes the amount that goes towards the car principle and it changes the amount of the total interest over the life of the loan.
3) the loan amount itself is different than before because it will not include

without Tina on it.
I would check out those websites and give them a call to have them guide

Years Months All

Matt Sargent

M

20F7

# Library

Select

Syncing 1 Item...

Sep 19, 2023 at 10:28 PM

Mac Haik Jeep RAM

Alright hopefully lower payments and more?

Hopefully!
I would imagine so, at least some!
It's should balance our between the both of y'all!
Have a good evening sir.

You too

Sep 21, 2023 at 5:00 PM

get back from lunch, but there should not be any issues!
Thanks,
Austin

Ok thankyou . Im just trying to be hyper vigilant to not be unaware of my obligations and to comply with the requirements of the guidelines that are in place to prevent defaulting on my vehicle ownership process. I've

him.
He just told me that Tina was stopping by, and that you are coming by later today to cancel the first deal. Monday he is planing on doing the new deal with your your mom and yourself!
He doesn't really talk too much to be honest.
Things are moving along though!
At least for the time being you aren't paying any interest at all!

then I'm going to have to arrange some way to go from there instead of from here at my house

Could I come by tomorrow and do the whole thing and get it done on that day ? I am off tomorrow and I've been trying to do this for a week now so I'm just wondering what the best plan is for the this whole thing.
I have had one HELL of a headache from Tina for

faster.

Ok, not a problem.
I think we have everything!
Thanks

Your still in the office?

It's 11pm in Orlando

Moms in bed

Do I need to reapply?

No sir, but I resent the app
I'm off today unfortunately, but do you have Brian's number?
He is in today!
Thanks

Sep 22, 2023 at 2:26 PM

Hey austin im really just wondering how to interpret the message here that I'm not getting any idea or anything from the dealership in regards to what the final price payment or what I'm looking at in terms of how

You as well sir!
We will be in touch soon!
Austin

Sep 23, 2023 at 3:07 PM

Hey just one question and I don't have a better person than you to be honest with me because I do feel you've not lied to me about what I'm going to need to know about the situation with the car.
Tina got a voice mail from

Sorry, I can't talk right now.

Ok can I get mark #?

Is anyone at the dealership???

We are closed today unfortunately, but since the bank didn't send us the money we will get it done with your mom on tomorrow!
We definitely still want to

today was the first day that I was contacted by anyone there . You have kept open dialogue with me but it's been My calls and texts and I feel like I've been a nuisance somehow?
I don't recall mark trying to communicate with me.
Tina has been very busy trying to figure out how to release herself from this and I'm happy that is happening.
and I was forthcoming in

I got the dec page with her insurance from her insurance agent! That was her idea!
All good to go!

She helped with that!

This is Matt

Anita has a 675 score!
Good news!
Brian will be in contact tomorrow.
I am off unfortunately, but will be back Friday!
Thanks again,
Austin

situation and I am not sure how this is a good thing for me. I'm going to have to get told what the problem is because it seems to be wrong and my spider senses are tingling with alarm

Hi Matt, my boss Michael Kinney said he is handling it.
I'm sure the payments will go down slightly, but until he gets everything processed and your

trying my hardest to figure out what to expect from him going forward.
It's my deal from start to finish and if the paperwork has my co-signer in bold letters on page one of every single sheet of paper it's STILL my money and my car and I'm not gonna have a problem with it because I'm going to pay for my own vehicle and I'm gonna have to be in the loop now. Please just let

sell you the car!
I will call you tomorrow after I talk to Michael!
Thanks again,
Austin

Ok but the first thing that i need to do is get the face of the deal to match mine and then we tallk new stuff thanks bro

Sep 25, 2023 at 1:50 PM

Hey austin am I supposed to drop ilofftythe car for

something wrong and I'm the one who is getting the short end of the stick and I'm the one who is going to suffer the loss if anything happens to undo the deal

Should I call

Sep 26, 2023 at 5:26 PM

Hi Matt, what time are you available to stop by?
Thanks

I've not known about that may have been attributed to me. However let the record show that im only one person and I learn as I go through it.
I appreciate your help with this as always

Years Months All

Matt Sergent

3 of 7




4 OF 7




5 of 7




Matt Sargent

6 of 7

Austin At Mac Haik

but I res[illegible] app
to get in an ema[illegible]
Should
Have a good evening sir
Thanks
Austin

Sep 20, 2023 at 9:09 PM

Hey austin I'm at work right now but I was wondering what is the latest word on the new contract

This is Matt

Anita has a 675 score!
Good news!
Brian will be in contact

Matt [illegible]

8oF17